IN RE CASES HELD FOR THE DECISION IN *STATE V. TAYLOR.*

[Cite as *In re Cases Held for the Decision in* State
v. Taylor, 138 Ohio St.3d 526, 2014-Ohio-1174.]

(Submitted March 12, 2014—Decided March 27, 2014.)

{¶ 1} The judgments of the courts of appeals in the following cases are affirmed on the authority of *State v. Taylor,* 138 Ohio St.3d 194, 2014-Ohio-460, 5 N.E.3d 612.

{¶ 2} 2013–0092. *State v. Cefalo,* 11th Dist. Lake No. 2011–L–163, 2012-Ohio-5594, 2012 WL 5995235.

{¶ 3} 2013–0141. *State v. Wilson,* 2d Dist. Montgomery No. 25057, 2012-Ohio-5912, 2012 WL 6561009.

{¶ 4} 2013–1105. *State v. Boltz,* 2013-Ohio-1830, 991 N.E.2d 726 (6th Dist.).

{¶ 5} 2013–1456. *State v. Jenkins,* 2d Dist. Montgomery No. 25414, 2013-Ohio-3038, 2013 WL 3776388.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.